IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                                       No. CIV S-05-2392 GEB CMK P

   vs.

A.K. SCRIBNER, et al.,

      Defendants.                                 ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

       Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Plaintiff has not filed a completed application to proceed in forma pauperis or paid the filing fee. The court also notes that, although this action was submitted on a habeas petition form, plaintiff states that the action is regarding prison conditions. Additionally, plaintiff appears to have filed a separate habeas petition in this district on November 28, 2005, case number 05-2392 GEB CMK.

1

1  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2  court.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1.  This action is transferred to the United States District Court for the Eastern
5  District of California sitting in Fresno; and
6         2.  All future filings shall reference the new Fresno case number assigned and
7  shall be filed at:
8         United States District Court
       Eastern District of California
9       1130 "O" Street
       Fresno, CA 93721
10
DATED:   December 4, 2005.
11

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

/avin 05cv2392.22

2