# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE AVINA, | ) | 1:05-CV-1555 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S MOTION TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | [Doc. #6] |
| | ) | |
| A. K. SCRIBNER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 26, 2006, Petitioner filed a motion to dismiss the petition for writ of habeas corpus without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

At this time, Respondent has not filed an answer to the petition for writ of habeas corpus. Furthermore, the Court finds that Respondent will not suffer prejudice by a dismissal of this action.

1     Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.

2

3  IT IS SO ORDERED.

4  **Dated:     February 7, 2006**               _____/s/ Anthony W. Ishii_____
   0m8i78                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28